# Court of Appeals
# of the State of Georgia

ATLANTA,   May 02, 2014   

*The Court of Appeals hereby passes the following order:*

**A14A1529. JAMES W. SANDS v. THE STATE.**

James Sands was found guilty of two counts of child molestation and one count of simple battery in 2006. We affirmed his convictions on appeal. See *Sands v. State*, 291 Ga. App. 639 (662 SE2d 374) (2008). Sands subsequently filed a motion in arrest of judgment, which the trial court denied. We denied his application for discretionary review of that order. See *Sands v. State*, Application Number A12D0093 (denied Nov. 4, 2011). In 2013, Sands filed a pro se "Motion to Vacate a Void Judgment," arguing that his indictment and the verdict form were flawed and his sentence was improper. The trial court denied the motion, and Sands appeals.

"[A] petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case." *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009). Any appeal from an order denying or dismissing such a motion must be dismissed. See *Harper*, supra; *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010). Here, Sands's arguments regarding the flawed verdict form and indictment challenge the validity of his convictions and are not proper grounds for a motion to vacate. See *Grogan v. State*, 297 Ga. App. 251, 253 (676 SE2d 764) (2009). While a direct appeal may lie from an order denying or dismissing a motion to correct a void sentence, this is true only if the defendant raises a colorable claim that the sentence is, in fact, void or illegal. See *Harper*, supra at n.1; *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009). A sentence is void only when the trial court imposes punishment that the law does not allow. *Jordan v. State*, 253 Ga. App. 510, 511 (1) (559 SE2d 528) (2002). Here, Sands was convicted of two counts of child molestation, so the judge was authorized to sentence Sands to two 20-year sentences

to be served consecutively. OCGA § 16-6-4 (b) (1). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/02/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*